AP-77,036
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/26/2015 10:23:13 PM
Accepted 5/27/2015 8:16:45 AM
ABEL ACOSTA
CLERK

**No. AP-77,036**

In the
Court of Criminal Appeals of Texas

——————◆——————

**No. 1412826**
In the 179th District Court
Of Harris County, Texas

——————◆——————

**JUAN BALDERAS aka APACHE**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME
TO FILE BRIEF

——————◆——————

To the Honorable Court of Criminal Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1.  The appellant was indicted for capital murder. (CR 2). The appellant pleaded not guilty. (24 RR 15-16). A jury found him guilty as charged. (CR 3284, 3355). Based on the jury's findings regarding special issues that were submitted at the punishment phase, the trial court

sentenced the appellant to death. (CR 3342-45, 3355). The trial court certified the appellant's right of appeal and the appellant filed a timely notice of appeal. (CR 3359, 3360).

2. The State's brief is due on May 28, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's first motion for extension in this case.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The undersigned attorney was assigned this case on April 29, 2015. Since then, he has worked almost exclusively on this case.

   b. The nature of this case is such that writing a brief takes a considerable amount of time. The appellant's brief raises 9 points in 23,488 words. The reporter's record comprises 49 volumes and the clerk's record is more than 3000 pages long.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:


R. Scott Shearer
shearerlegal@yahoo.com


**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date:  May 26, 2015